JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| OLIVIA VELASCO, | ) No. 5:19-cv-01572-JDE |
| Plaintiff, | ) |
| v. | ) JUDGMENT OF REMAND |
| ANDREW SAUL, | ) PURSUANT TO SENTENCE |
| Commissioner of Social Security, | ) FOUR OF 42 U.S.C. § 405(g) |
| Defendant. | ) |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Dkt. 18, "Stipulation"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

Date:  April 22, 2020

_____
JOHN D. EARLY
United States Magistrate Judge