UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| OLIVIA VELASCO,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | No. 5:19-cv-01572-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

    Based upon the parties' Stipulation (Dkt. 21), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $4,000 under 28 U.S.C. § 2412(d) and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: July 17, 2020 _____

                                             _____<br>
                                             JOHN D. EARLY<br>
                                             United States Magistrate Judge